The People of the State of Illinois ex rel. Thordarson Electric Manufacturing Company, appellant, v. Jefferson Electric Manufacturing Company et al., appellees. Gen. No. 35,727.

Opinion filed June 28, 1932.

Reeda & Peace, for appellant. Gardner, Foote, Burns & Morrow, for appellees; Walter M. Fowler, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Ponsovella C. Sunico, appellee, v. Dr. P. B. Schyman and Helen Schymanski, trading as S. M. S. Health Service and Medical Institute, appellants. Gen. No. 35,737.

Opinion filed June 28, 1932.

Raphael W. Marrow, for appellants. Goodnow, Allaben & Snewind, for appellee; Charles D. Snewind, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Otto Strickland, appellant, v. Walter G. McIntosh and James Balodimas, appellees. Gen. No. 35,756.

Opinion filed
June 28, 1932.

Hermann P. Haase, for appellant. McKinney, Lynde & Grear, for appellees; Hayes McKinney, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Paolo Fabbri and Rosalinda Fabbri, appellees, v. Frank Gerwisch, appellant. Gen. No. 35,765.

Opinion filed June 28, 1932. Rehearing denied July 11, 1932.

Mathias F. Perz, for appellant. Eugene C. O'Reilly, for appellees.

Mr. Justice Gridley delivered the opinion of the court.